~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

TRUSTEES OF THE NORTHERN
NEVADA LABORERS HEALTH &
WELFARE TRUST FUND, et al.,

      Plaintiffs,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00222-HDM-RAM**

HERB SUTER CONSTRUCTION,
a Nevada corporation; and DOES
1-10,
      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiffs against Herb Suter Construction Company, Inc. in the total amount of $193,076.95 (Consisting of: $96,342.41 for unpaid fringe benefit contributions; $76,034.47 for interest at the rate of 18% per annum through 6/30/09 plus the greater of: (a) liquidated damages specified by the plans or (b) interest on unpaid contributions at rate specified by the plans; $12,500 for payroll audit costs; and $8,200.07 collection costs and attorney's fees).

  September 11, 2009                              **LANCE S. WILSON**
                                                                     Clerk


                                                               /s/ D. R. Morgan
                                                                 Deputy Clerk